JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No.:   2:24-cv-02433-AB-PVC | Date: | September 12, 2024 |

| | |
|---|---|
| Title: | *Son Oswald Cesar v. Dept of Justice* |

| | |
|---|---|
| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |

| | |
|---|---|
| Daniel Tamayo | N/A |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] ORDER <u>DISMISSING</u> CASE FOR FAILURE TO PAY FILING FEE**

On March 25, 2024, the Court issued a Notice of Deficiency stating that Plaintiff did not pay the filing fee and giving him 30 days to file an application to proceed in forma pauperis or pay the filing fee in full, or the case would be dismissed without prejudice. *See* Dkt. No. 2.

As of the date of this Order, Plaintiff has not paid the filing fee.

Accordingly, this case is **<u>DISMISSED WITHOUT PREJUDICE</u>** for Plaintiff's failure to file an IFP application or pay the filing fee.

**IT IS SO ORDERED**.